**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JESUS A. VILLEGAS,

        Plaintiff,

vs.

SOCIAL SECURITY ADMINISTRATION,

        Defendant.

2:13–cv–01940–JAD–VCF

**<u>ORDER</u>**

        Before the court is Plaintiff Jesus A. Villegas's amended complaint (#8[1]). On October 23, 2013, Plaintiff filed suit, alleging that (1) he is disabled as that term is defined in the Social Security Act, (2) he filed an application for disability insurance benefits, (3) participated in a hearing before an ALJ, and (4) the ALJ issued a decision denying plaintiff's claim for benefits. (*See generally* Compl. #1).

        Pursuant to 28 U.S.C. § 1915(a), the court reviewed Plaintiff's complaint and held a hearing on November 20, 2013 in order to determine whether Plaintiff initiated this action within the sixty-day time limit set by 42 U.S.C. § 405(g). (*See* Mins. Proceedings #5).

        On December 23, 2013, Plaintiff filed an amended complaint, which demonstrates that Plaintiff's action is timely under 42 U.S.C. § 405(g). (*See* Amend. Compl. (#8) at 10). On August 27, 2913, Plaintiff received notice of the Appeals Council's final decision. (*Id*.) On October 23, 2013, which was fifty-seven days later, Plaintiff filed suit. (*See* Compl. #1). Plaintiff's action, therefore, is timely under 42 U.S.C. § 405(g).

---

[1] Parenthetical citations refer to the court's docket.

1

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the Clerk of the Court file the Complaint (#8) and serve the Commissioner of the Social Security Administration by sending a copy of the summons and Complaint (#8) by certified mail to: (1) General Counsel, Social Security Administration, Room 611, Altmeyer Bldg., 6401 Security Blvd., Baltimore, Maryland 21235; (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530; and (3) Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear St., Suite 899, San Francisco, CA 94105-1545.

IT IS FURTHER ORDERED that the Clerk of Court issue summons to the United States Attorney for the District of Nevada and deliver the summons and Complaint (#8) to the U.S. Marshal for service.

IT IS FURTHER ORDERED that from this point forward, plaintiff must serve upon Defendant, or his attorney if he has retained one, a copy of every pleading, motion, or this document submitted for consideration by the court. Plaintiff must include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or their counsel. The court may disregard any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate of service.

DATED this 13th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE