# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Arteaga Villegas,<br><br>Plaintiff<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant | Case No.: 2:13-cv-01940-JAD-VCF<br><br>**Order Reinstating<br>Amended Complaint [Doc. 8] and<br>Setting Aside Clerk's Judgement<br>[Doc. 15]** |

The Court entered an order on February 13, 2014, accepting Magistrate Judge Cam Ferenbach's report and recommendation and dismissing plaintiff's complaint.[1] Immediately after the Court entered its order dismissing plaintiff's complaint, the Clerk of Court entered a clerk's judgment in defendant's favor.[2] Before the Court entered its order, however, plaintiff complied with the report and recommendation by filing an amended complaint.[3] In addition, the clerk's judgment notwithstanding, the defendant filed an answer in this case.[4] In short, this case is proceeding forward, despite the Court's order dismissing the complaint and despite the clerk's judgment.

---

[1] Docs. 6, 14.

[2] Doc. 15.

[3] Docs. 6, 8.

[4] Doc. 20.

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that the Court's Order **[Doc. 14] is STRICKEN**.

It is further ORDERED that the clerk's judgment **[Doc. 15] is STRICKEN**.

DATED June 24, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2