DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
702-388-6336/702-388-6787
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
415-977-8927
CBN 260690
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS ARTEAGA VILLEGAS, | ) CIVIL NO. 2:13-cv-01940-JAD-VCF |
| Plaintiff, | ) |
| vs. | ) MOTION TO APPEAR |
| | ) TELEPHONICALLY |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| Defendant. | ) |

Defendant hereby moves this court for permission to appear telephonically to the

order to show cause hearing scheduled for tomorrow, October 29, 2014, at 2:30 PM.  The

undersigned counsel of record is located in San Francisco and the agency requires the

undersigned to request telephonic hearings when possible to conserve agency resources.

1

1  Appearing telephonically should not prejudice any party and the undersigned has already

2
3  appeared telephonically in the past.

4        The undersigned apologized for the late motion for permission for leave to appear

5  telephonically. The undersigned just became aware of the requirement to file a motion

6
7  and has been dealing with a family emergency for the last month which has caused a

8  workload backlog.  In the future, the undersigned will calendar and file such requests

9  earlier.

10
11                              Respectfully submitted,

12     Dated:      10/28/14                    BENJAMIN B. WAGNER
                                               United States Attorney
13                                             DONNA CALVERT
14                                             Regional Chief Counsel, Region IX
15                                             Social Security Administration

16
                                    By:    /s/ Patrick W. Snyder
17                                         PATRICK W. SNYDER
18                                         Special Assistant U.S. Attorney
                                           Attorneys for Defendant
19

20

21

22

23

24

25

26

27                                             2

28

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Social Security Administration.  My business address is 160 Spear Street, Suite 800, San Francisco, CA 94105.

On October 28, 2014, I caused service of the foregoing: **DEFENDANT'S** *MOTION TO APPEAR TELEPHONICALLY AND PROPOSED ORDER* on persons or entities named below by following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.

Date Service Caused: October 28, 2014.

Person(s) and/or Entity(is) To Whom Mailed:

Jesus Arteaga Villegas

5701 Ano Drive

Las Vegas, NV 89131

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: October 28, 2014, at San Francisco, California.

*/s/ Patrick William Snyder*
PATRICK WILLIAM SNYDER

3

DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
702-388-6336/702-388-6787
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
415-977-8927
CBN 260690
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS ARTEAGA VILLEGAS, | CIVIL NO. 2:13-cv-01940-JAD-VCF |
| Plaintiff, | |
| vs. | [Proposed] Order |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of | |
| Social Security, | |
| Defendant. | |

For good cause shown, DEFENDANT'S MOTION TO APPEAR

TELEPHONICALLY is GRANTED allowing for DEFENDANT to appear by telephone

to the show cause hearing scheduled for tomorrow, October 29, 2014, at 2:30 PM.

DATED 10-28-2014 _____

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

The call in telephone number is 702-868-4911, access code 123456. The call must be
generated from a land line.