# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Arteaga Villegas,<br><br>Plaintiff<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant | Case No.: 2:13-cv-1940-JAD-VCF<br><br>**Order**<br>**Adopting Report and Recommendation**<br>**and Dismissing Case** |

The Magistrate Judge entered a Report and Recommendation on October 30, 2014, recommending dismissal of plaintiff Jesus Arteaga Villegas's complaint. Doc. 31. Objections were due November 16, 2014. The plaintiff has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that the Magistrate Judge's Report and Recommendation **[Doc. 31] is ACCEPTED**.

It is further ORDERED that this case is **DISMISSED**.

The Clerk of Court is instructed to enter judgment accordingly and close the case.

DATED December 4, 2014.

_____
Jennifer A. Dorsey
United States District Judge